ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

T. ROWE PRICE ASSOCIATES, INC.          *

        Plaintiff(s)                       *

vs.                                     *   Case No. MJG01CV3818

EVANSTON INSURANCE COMPANY
                                        *

        Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, VICKI MARGOLIS, am a member in good standing of the bar of this Court. My bar number is 07267. I am moving the admission of JOEL S. WEISS to appear *pro hac vice* in this case as counsel for T. ROWE PRICE ASSOCIATES, INC.

We certify that:

1.     Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| The Courts of the State of New York | March 30, 1982 |
| United States Supreme Court | July 20, 1987 |
| United States Court of Appeals for the Second Circuit | April 24, 1987 |
| United States Court of Appeals for the Eleventh Circuit | April 15, 1982 |
| United States District Court for the Southern District of New York | May 31, 1983 |
| United States District Court for the Eastern District of New York | May 31, 1983 |
| United States Tax Court | Sept. 7, 1988 |

U.S. District Court (Rev. 7/2001) - Pro Hac Vice
BA2/176795
196555-1w

Page 1 of 3

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5. The proposed admittee is familiar with Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully Submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ Signature | _____ Signature |
| Vicki Margolis | Joel S. Weiss |
| Printed Name | Printed Name |
| Venable, Baetjer and Howard, LLP | Esanu Katsky Korins & Siger, LLP |
| Firm | Firm |
| 2 Hopkins Plaza, Suite 1800 | 605 Third Avenue |
| Baltimore, Maryland 21201 | New York, NY 10158 |
| Address | Address |
| 410-244-7400 | 212-716-3265 |
| Telephone Number | Telephone Number |
| 410-244-7742 | 212-716-3365 |
| Fax Number | Fax Number |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* for Joel S. Weiss was served by first class mail, postage prepaid, on:

>James Skarzynski, Esq.
>Shelby Ulan, Esq.
>Peterson & Ross
>1 Battery Park Plaza
>22nd Floor
>New York, NY 10004

_____
Vicki Margolis

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☒ GRANTED    ☐ DENIED

1/10/02
Date

_____
United States District Judge